**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>MICAH LYNN BROWN,<br><br>Defendant. | **CR-24-36-GF-BMM**<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 30, 2026. (Doc. 60.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 29, 2026. (Doc. 54.) The government accused Micah Brown (Brown) of violating the conditions of her supervised release

by: (1) failing to follow the instructions of her probation officer by having contact with the father of the victim of her offense during August and September of 2026, after being instructed not to do so; (2) failing to comply with substance abuse testing requirements by dipping a testing cup into toilet water prior to a test; and (3) consuming alcohol and using marijuana and opiates on or about September 14, 2026. (Doc. 52.)

At the revocation hearing, Brown admitted that she had violated conditions 1-3 as set forth in the Petition. (Doc. 54.) Judge Johnston found that the violations Brown admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence until December 8, 2026, with 26 months of supervised release to follow on Count 1, and to a term of custody until December 8, 2026, with 26 months of supervised release to follow on Count 2, with both the custodial and supervised release terms to run concurrently. Judge Johnston also recommended that during the term of supervised release, Brown shall be placed in a residential re-entry center for a term of up to 365 days, at the direction of her probation officer. (Doc. 60.) Judge Johnston advised Brown of her right to appeal and to allocute before the undersigned. (Doc. 54.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 60) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Micah Lynn Brown be sentenced to a term of custody until December 8, 2026, with 26 months of supervised release to follow on Count 1, and to a term of custody until December 8, 2026, with 26 months of supervised release to follow on Count 2, with both the custodial and supervised release terms to run concurrently. During the term of supervised release, Brown shall be placed in a residential re-entry center for a term of up to 365 days, at the direction of her probation officer.

DATED this 22nd day of October 2026.

Brian Morris, Chief District Judge
United States District Court